UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                    :
UNITED STATES OF AMERICA                                            :
                                                                    :
          -v-                                                       :          17-CR-167 (JMF)
                                                                    :
ALEXANDER FERNANDEZ,                                                :          ORDER
                                                                    :
                    Defendant.                                      :
                                                                    :
-------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On November 6, 2020, the Court entered an order appointing Kelly Sharkey as counsel to handle Defendant's motion for compassionate release, which he had submitted *pro se*, and setting a briefing schedule, pursuant to which Defendant was required to file any supplemental papers by **November 20, 2020**; the Government is to file any opposition by **December 9, 2020**; and Defendant is to file any reply by **December 16, 2020**.  Ms. Sharkey did not file any supplemental submissions by the November 20th deadline.

Yesterday, the Clerk of Court docketed a letter from Defendant, dated November 23, 2020.  *See* ECF No. 79.  The Court will consider Defendant's letter in connection with the pending motion.  Further, Ms. Sharkey is directed to promptly contact Defendant to ensure that he knows that she has been appointed and that the Court has set a briefing schedule.

          SO ORDERED.

Dated:  December 2, 2020
          New York, New York                     _____
                                                          JESSE M. FURMAN
                                                          United States District Judge