KELLEY J. SHARKEY
    Attorney at Law                                   26 Court Street - Suite 2805
                                                                 Brooklyn, New York 11242
                                                                          Tel: (718) 858-8843
                                                                          Fax: (718) 875-0053

Honorable Jesse M. Furman
United States District Judge                                          December 3, 2020
Southern District of New York
40 Foley Square
New York, New York 10007

                Re: United States v. Alexander Fernandez 17 Cr. 167

Dear Judge Furman:

     I deeply apologize for not adhering to the Court's original scheduling order. Today, I have written to Mr. Fernandez and advised him of my assignment and requested that he contact me. I will also immediately contact FCI Cumberland and arrange a phone call. I respectfully request permission to file any supplemental information in support of Alexander Fernandez' Compassionate Release request on or before January 20, 2020. Again, I apologize for failing to address the Court's scheduling order in a timely manner.

                                                                                 Respectfully,
                                                                                   /S/
                                                                             Kelley J. Sharkey

Application GRANTED. Defendant shall file any supplemental papers by January 20, 2021; the Government shall file any opposition by February 3, 2021; and Defendant shall file any reply by February 9, 2021. The Clerk of Court is directed to terminate Doc. #81. SO ORDERED.

*[signature]*

December 3, 2020