UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
    -v-                                                             :   17-CR-167 (JMF)
:
ALEXANDER FERNANDEZ,                                                    :   ORDER
:
    Defendant.                                                      :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The Court has received another letter from Defendant, dated December 1, 2020, a copy of which is attached. In light of counsel's letter of December 3, 2020, *see* ECF No. 81, the Court will take no action in connection with the letter. If counsel has not yet spoken with Defendant by telephone, however, she should arrange to do so promptly.

    All dates and deadlines remain in effect.

    SO ORDERED.

Dated: December 22, 2020
       New York, New York
                                                  JESSE M. FURMAN
                                             United States District Judge

12/1/20
Docket CF167JMF

To Your Honorable Judge;

My name is Alexander Fernandez ID # 54182-054 at FCI Cumberland.

I just wanted to update you on what is going on at this institution.

There are 20 active cases of corona virus (COVID-19.) 17 inmates tested positive out of unit D-2 which is the Drug unit (RDAP) Housing unit.

Three inmates out of that unit work at the Unicor factory with myself & a large amount of inmates which we are housed in B-2. They continued to let these inmates work amongst us then decided today to lock up the institution.

I feel my life is at high risk at this institution and in prison. The cases are spiking up at high speed and the institution gives us a mask every 2 months.

Can you please consider my Compassionate Release Motion that was docketed November 6th, 2020.

Respectfully,
Alexander Fernandez
Thank You.

ALEXANDER FERNANDEZ
ID# 54182-054
DOCKET # CR16TJMF

# FCI Cumberland
# Inmate Bulletin
## Institution Operations

Over the last several weeks, FCI Cumberland, and the local area has seen a large increase in the Covid-19 virus. Within the last day, FCI Cumberland, has had several inmates test positive for Covid-19. With inmate safety in mind and in an effort to stop the spread of this virus around the institution, we have decided to secure the facility until further notice.

- All inmates will be offered showers 3 times per week.
- All inmates will be fed in their cells 3 times per day.
- There will be no phone or computer use until a plan is prepared and it is determined that it can be done safely.
- Inmate work details will not be authorized until further notice
- As always, staff will be conducting rounds regularly, including Unit Team and the Executive Staff

It is extremely important that if you are feeling sick you report it to any staff member so that medical can evaluate you. DO NOT hide your symptoms, it will only increase the spread of this virus. Symptoms are:

- New or Onset cough
- New or Onset trouble speaking/difficulty breathing
- Fatigue
- Muscle or body aches
- Sore throat
- New or loss of taste and smell
- Stuffy or runny nose
- Nausea or vomiting
- Diarrhea

We also ask that you continue to increase your sanitation and hygiene efforts. You are encouraged to avoid touching your face, wash your hands frequently with soap and water, in accordance with CDC guidelines.

We appreciate your cooperation and flexibility as we do everything we can to assure the safety and security of our staff, inmates, and the general public.

We will be reassessing our current operational status weekly and will adjust accordingly.

**We appreciate your assistance and cooperation in this important matter.**

12-01-2020                    C.L. Weber
Date                          C.L. Weber, Acting Warden / Associate Warden (P)



Alexander Fernandez
54182-054
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

LEGAL MAIL

RECEIVED
2020 DEC -7 PM 2:52
CLERK'S OFFICE
S.D.N.Y.

BALTIMORE MD 212
2 DEC 2020 PM 6 L

To: US Courthouse (clerks office)
500 Pearl St.
N.Y.C, NY 10007