UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

   -against-                                 Docket No.17 Cr. 167 (JMF)

ALEXANDER FERNANDEZ,

                Defendant
-----------------------------------------------------X

It is apparent that the full and most recent medical record maintained by the BOP for inmate Alexander Fernandez, inmate id. 54182-054, is necessary in order to proceed with his request for Compassionate Release. It is hereby **ORDERED** that the BOP provide an electronic copy of ALEXANDER FERNANDEZ medical record to defense counsel, Kelley J. Sharkey forthwith.

Dated:    New York, New York
            March 15, 2021

                                                        _____
                                                        THE HONORABLE JESSE M. FURMAN
                                                       UNITED STATES DISTRICT COURT
                                                        SOUTHERN DISTRICT OF NEW YORK